IRENE ZAGORSKI VANDERBUSH, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action for damages for personal injuries sustained by reason of falling into a water box between the curb and sidewalk. The order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of ESMAH NICHOLSON, Appellant, for a Mandamus Order against BOARD OF SUPERVISORS OF THE COUNTY OF MONROE, and ROY F. BUSH, County Clerk of Monroe County, Respondents.— Orders affirmed, without costs of this appeal to any party. All concur. (One order adjudges petitioner not to be entitled to reinstatement to a position in the Monroe county clerk's office. The other order denies a motion for a new trial.) Present — Crosby, Lewis, Cunningham and Dowling, JJ.

TOWN OF IRONDEQUOIT, Plaintiff, v. COUNTY OF MONROE, Appellant, and Others, Defendants. JAMES E. CUFF, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order confirms the report of a referee and determines the value of the services of an attorney for Monroe county.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Probate of Heirship of the Real Property of Which BERTHA SMITH Died Seized.— Decree so far as appealed from reversed on the law and matter remitted to the Surrogate's Court with direction to enter a decree determining that Lilly Smith Danforth, is entitled to inherit the property described in the petition, without costs of this appeal to any party. Memorandum: The exact question involved in this case was decided favorably to the contention of appellant in *Matter of Peer* (138 Misc. 247; affd. by this court in 232 App. Div. 872). All concur. (The portion of the decree appealed from determines the title in the fee to real property, in a proceeding for the probate of heirship of realty.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Application of MYLES T. SULLIVAN for the Appraisal of the Value of the Stock of THE SYRACUSE FURNITURE FORWARDING COMPANY, INC., Held by the Petitioner.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies an application for the appointment of appraisers.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

MARY KERR COLE, WILLIAM T. KERR, WILLIAM M. MILLS and CHARLES W. MILLS, Appellants, v. MARK KYLER and BUFFALO SLAG COMPANY, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lewis, Cunningham, Taylor and Dowling, JJ.

DAN S. O'LEARY, Residing at 153 Alabama Street, Buffalo, New York, Respondent, v. HEARST MAGAZINES, INC., a Delaware Corporation, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. [See *ante*, p. 806.] Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.

LENA LECASTRO, as Administratrix, etc., of DOMINICK LECASTRO, Deceased, Respondent, v. THE CITY OF ROME, NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.